UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIN IRRIGATION, INC., a Delaware Corporation; AGRI-VALLEY IRRIGATION, LLC, a Delaware Limited Liability Company; IRRIGATION DESIGN & CONSTRUCTION, LLC, a Delaware Limited Liability Company;<br><br>Plaintiffs,<br><br>v.<br><br>NETAFIM IRRIGATION, INC., a New York Corporation,<br><br>Defendant. | No. 1: 18-cv-01311-DAD-BAM<br><br>ORDER PURSUANT TO PARTIES' STIPULATION<br><br>(Doc. No. 11) |

Plaintiffs filed this action on September 22, 2018. (Doc. No. 1.) On November 16, 2018, defendant filed a motion to dismiss, which is currently noticed for hearing before the court on February 5, 2019. (Doc. No. 8.) On December 5, 2018, the parties submitted a stipulation to vacate the hearing dates and to extend time for plaintiff to file an amended complaint. (Doc. No. 11.)

Pursuant to the parties' joint stipulation (Doc. No. 5), it is hereby ordered that:

1. Defendant's motion to dismiss (Doc. No. 8) is withdrawn, without prejudice, and the February 5th, 2019 hearing date on that motion to dismiss is vacated;

2. Plaintiffs are granted through and including January 7th, 2019 to file an amended complaint;

3. Defendant has thirty (30) days after plaintiffs file an amended complaint to answer or otherwise respond; and

4. The Initial Scheduling Conference set for January 17, 2019 is vacated and will be rescheduled by the assigned magistrate judge.

IT IS SO ORDERED.

Dated: **December 6, 2018**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE