KENDALL H. MacVEY, Bar No. 057676
kendall.macvey@bbklaw.com
WENDY Y. WANG, Bar No. 228923
wendy.wang@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P.O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083
kendall.macvey@bbklaw.com
Wendy.wang@bbklaw.com

LEAH BRANNON, Bar No. (pro hac vice)
KENNETH S. REINKER, Bar No. (pro hac vice)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 974-1500
lbrannon@cgsh.com
kreinker@cgsh.com

Attorneys for Defendant
NETAFIM IRRIGATION, INC.

A. PETER RAUSCH, JR. (SBN 127930)
JOSEPH FERRARO (SBN 230625)
LAW OFFICES OF A. PETER RAUSCH, JR.
1930 Tienda Drive, Suite 106
Lodi, CA 95242
Telephone: (209) 339-8500
counsel@rausch.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| JAIN IRRIGATION, INC., a Delaware Corporation; AGRI-VALLEY IRRIGATION, LLC, a Delaware Limited Liability Company; IRRIGATION DESIGN & CONSTRUCTION, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>NETAFIM IRRIGATION, INC., a New York Corporation,<br><br>Defendant. | Case No. 1:18-CV-01311-DAD-BAM<br><br>**STIPULATION FOR CONTINUANCE OF THE MANDATORY SCHEDULING CONFERENCE AND ORDER**<br><br>Courtroom: 8 (6th Floor)<br><br>Magistrate Judge: Hon. Barbara A. McAuliffe<br><br>Complaint Filed: September 22, 2018 |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

# **STIPULATION**

The Parties, by and through their undersigned attorneys of record, hereby stipulate and agree, and respectfully request the Court approve by Order, this Stipulation to continue for the Mandatory Scheduling Conference currently calendared for April 24, 2019 to June 12, 2019 at 9:00 a.m.

The stipulation is based on the following facts:

1. Plaintiffs filed this action on September 22, 2018.

2. Defendant filed a Motion to Dismiss under Federal Rules of Civil Procedure, Rule 12(b) on November 16, 2018.

3. Plaintiffs filed an Amended Complaint in lieu of opposing the Motion to Dismiss on January 7, 2019.

4. Defendant filed a Motion to Dismiss, under Federal Rules of Civil Procedure, Rule 12(b), in response to Plaintiffs Amended Complaint on February 6, 2019, and noticed a hearing on the Motion to Dismiss for March 19, 2019.

5. Defendant and Plaintiffs agreed, pursuant to Local Rule 230(f), to request a continuance for the hearing on the Motion to Dismiss until May 7, 2019, while promptly completing the briefing on the Motion to Dismiss, so as to give the Court and the parties more time to consider the full briefing in advance of the hearing.

6. The Court granted the parties' request and continued the hearing on Defendant's Motion to Dismiss to May 7, 2019.

8. To avoid holding the Scheduling Conference prior to a ruling on the Motion to Dismiss, Plaintiffs and Defendant agree that the Mandatory Scheduling Conference currently set for April 24, 2019 should be continued to June 12, 2019 at 9:00 a.m.

9. Good cause appears for this stipulation and requested order in that stipulation will advance the interest of justice and preserve judicial economy.

30932.00003\31950991.1

1:18-CV-01311-DAD-BAM
STIPULATION FOR CONTINUANCE OF THE
SCHEDULING CONFERENCE & ORDER

1  NOW THEREFORE, the parties agree and respectfully request that the Court approve the forgoing stipulation and enter an Order:

 i. that the April 24, 2019, Mandatory Scheduling Conference be continued to June 12, 2019 at 9:00 a.m.

Dated: April 5, 2019   BEST BEST & KRIEGER LLP

By: /s/ Kendall H. MacVey
KENDALL H. MacVEY
WENDY Y. WANG
Attorneys for Defendant
NETAFIM IRRIGATION, INC.

LEAH BRANNON
KENNETH S. REINKER
CLEARY GOTTLIEB STEEN &
HAMILTON LLP

Attorneys for Defendant
NETAFIM IRRIGATION, INC.

Dated: April 5, 2019   LAW OFFICES OF A. PETER RAUSCH, JR.

By: /s/ A. Peter Rausch, Jr.
A. PETER RAUSCH, JR.
JOSEPH FERRARO

Attorneys for Plaintiffs
Jain Irrigation, LLC, Agri-Valley Irrigation, LLC, and Irrigation Design & Construction, LLC

(Counsel's eSignature affixed per authority given via email on April 5, 2019)

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the Scheduling Conference currently set for April 24, 2019, is HEREBY CONTINUED to June 12, 2019, at 9:00 a.m. in Courtroom 8 (BAM) before the undersigned.

IT IS SO ORDERED.

Dated: **April 5, 2019**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502