1  KENDALL H. MacVEY, Bar No. 057676
   kendall.macvey@bbklaw.com
2  WENDY Y. WANG, Bar No. 228923
   wendy.wang@bbklaw.com
3  BEST BEST & KRIEGER LLP
   3390 University Avenue, 5th Floor
4  P.O. Box 1028
   Riverside, CA 92502
5  Telephone:  (951) 686-1450
   Telecopier: (951) 686-3083
6  kendall.macvey@bbklaw.com
   Wendy.wang@bbklaw.com
7
   LEAH BRANNON, Bar No. (pro hac vice)
8  KENNETH S. REINKER, Bar No. (pro hac vice)
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
9  2112 Pennsylvania Ave, NW
   Washington, DC 20037
10 Telephone:  (202) 974-1500
   lbrannon@cgsh.com
11 kreinker@cgsh.com

12 Attorneys for Defendant
   NETAFIM IRRIGATION, INC.
13
   A. PETER RAUSCH, JR. (SBN 127930)
14 JOSEPH FERRARO (SBN 230625)
   LAW OFFICES OF A. PETER RAUSCH, JR.
15 1930 Tienda Drive, Suite 106
   Lodi, CA 95242
16 Telephone: (209) 339-8500
   counsel@rausch.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIN IRRIGATION, INC., a Delaware Corporation; AGRI-VALLEY IRRIGATION, LLC, a Delaware Limited Liability Company; IRRIGATION DESIGN & CONSTRUCTION, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>NETAFIM IRRIGATION, INC., a New York Corporation,<br><br>Defendant. | Case No. 1:18-CV-01311-DAD-BAM<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT, RESPONSE THERETO AND TO VACATE MANDATORY SCHEDULING CONFERENCE DATE**<br><br>**ORDER**<br><br>Judge: Honorable Dale A. Drozd<br><br>Complaint Filed: September 22, 2018 |

1:18-CV-01311-DAD-BAM
STIPULATION FOR EXTENSION OF TIME TO FILE 2ND
AMENDED COMPLAINT, RESPONSE THERETO & TO
VACATE CONFERENCE DATE & [PROPOSED] ORDER

1

## STIPULATION

The Parties, by and through their undersigned attorneys of record, hereby stipulate and agree, and respectfully request the Court approve by Order, this Stipulation: (i) to extend the time for Plaintiffs to file a Second Amended Complaint by two (2) weeks, to and including June 18th, 2019, (ii) to extend the time for Defendant to respond to the Second Amended Complaint to and including July 16th, 2019 and (iii) to vacate and reset the Mandatory Scheduling Conference date currently set for June 12th, 2019.

The stipulation is based on the following facts:

1. Plaintiffs filed this action on September 22nd, 2018.

2. Defendant filed a Motion to Dismiss Plaintiffs' First Amended Complaint, which the Court granted, with leave to amend, by Order served May 14th, 2019. The Court provided Plaintiffs with twenty-one (21) days to file the Amended Complaint. Plaintiffs' amendment is thus due on June 4th.

3. The Mandatory Scheduling Conference is currently scheduled for June 12th, 2019.

4. Due to existing scheduling commitments of counsel, the Parties have conferred and agreed that (i) the June 4th deadline for Plaintiffs to file an Amended Complaint should be extended for two (2) additional weeks to June 18th, 2019, and (ii) that an extension should also be afforded to Defendant to respond to Plaintiffs' Second Amended Complaint to July 16th, 2019, and (iii) that the June 12th 2019 Scheduling Conference date should be vacated and reset by the Court to a date appropriate based on further proceedings.

5. Good cause appears for this stipulation and requested order in that the stipulation will advance the interest of justice and preserve judicial economy.

NOW THEREFORE, the parties stipulate and agree and respectfully request that the Court approve the forgoing stipulation and enter an Order:

i. that the time for Plaintiffs to file a Second Amended Complaint be extended to and including June 18th, 2019; and

ii. that the time for Defendant to respond to the Second Amended Complaint be extended to and including July 16th, 2019; and

Law Offices of A. Peter Rausch, Jr.
1930 Tienda Drive, Suite 106, Lodi, CA 95242

2

1:18-CV-01311-DAD-BAM
STIPULATION FOR EXTENSION OF TIME TO FILE 2ND
AMENDED COMPLAINT, RESPONSE THERETO & TO
VACATE CONFERENCE DATE & [PROPOSED] ORDER

Law Offices of A. Peter Rausch, Jr.
1930 Tienda Drive, Suite 106, Lodi, CA 95242

1      iii.    that the Mandatory Scheduling Conference date of June 12th, 2019 be vacated and that the Mandatory Scheduling Conference be reset to an appropriate date and time convenient for the Court.

Respectfully Submitted,

Dated: May 21, 2019

LAW OFFICES OF A. PETER RAUSCH, JR.

By: /s/  A. Peter Rausch, Jr.
    A. PETER RAUSCH, JR.
    JOSEPH FERRARO

Attorneys for Plaintiffs
Jain Irrigation, LLC, Agri-Valley Irrigation, LLC, and Irrigation Design & Construction, LLC

Dated: May 21, 2019

BEST BEST & KRIEGER LLP

By: /s/  Kendall H. MacVey
    KENDALL H. MacVEY
    WENDY Y. WANG
    Attorneys for Defendant
    NETAFIM IRRIGATION, INC.

LEAH BRANNON
KENNETH S. REINKER
CLEARY GOTTLIEB STEEN & HAMILTON LLP

Attorneys for Defendant
NETAFIM IRRIGATION, INC.

(Counsel's eSignature affixed per authority given via email on May 21, 2019)

## **ORDER**

IT IS SO ORDERED.

Dated:  **May 29, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

3